# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
                           )
        Respondent, )
                            )
        v. )
                            )
J.P. (D.O.B. 09/30/1999), )
                            )
        Appellant. )
                            )

No. 73623-0-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: APR 1 8 2016

PER CURIAM — J.P. appeals from the restitution order entered following his guilty plea to possession of a stolen vehicle. We accept the State of Washington's concession that the evidence was insufficient to support restitution of $1,367.64 for damage to the stolen vehicle.

Accordingly, we remand with instructions to strike $1,367.64 from the restitution order. Appellant does not dispute restitution in the amount of $713.30 for towing and storage costs.

Remanded.

FOR THE COURT:

Becker, J.

Trickey, J.

Spearman, C.J.